UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**AMY RIDGEWAY**,

    **Plaintiff,**

v.

**MIDLAND FUNDING, LLC,**

    Defendants.                            No. 13-cv-1180-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. 20).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 19, 2014 (Doc. 21) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:   */s/Caitlin Fischer*
                                                 **Deputy Clerk**

Dated:   June 19, 2014

Digitally signed by David R. Herndon
Date: 2014.06.19 10:25:48 -05'00'

APPROVED:
                CHIEF JUDGE
                U. S. DISTRICT COURT